IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JUSTIN R. FORREST,

    Movant,

v.

    Civ. No. 16-1097-JDT
    Crim. No. 07-10058-JDT

UNITED STATES,

    Respondent.

**ORDER GRANTING MOTION TO AMEND § 2255 MOTION AND
GRANTING MOTION TO FILE SUPPLEMENTAL MEMORANDUM**

On May 13, 2016, the Movant, Justin R. Forrest, filed a *pro se* motion (ECF No. 3) seeking to supplement and amend his § 2255 motion, which raises claims under *Johnson v. United States*, 135 S. Ct. 2551 (2016). For cause shown, the motion to amend is **GRANTED**.

As counsel has appeared on Movant's behalf (ECF No. 6), his motion for appointment of counsel (ECF No. 2) is **MOOT**. Counsel has now moved file a supplemental memorandum in order to preserve issues arising out of the decisions in *Mathis v. United States*, ___ S. Ct.___, 2016 WL 3434400 (June 23, 2016), and *United States v. Stitt*, No. 14-6158, 2016 WL 520048 (6th Cir. Feb. 10, 2016), *vacated and reh'g en banc granted*, 2016 WL 1658598 (6th Cir. Apr. 27, 2016). Without deciding whether any claim based on those decisions would ultimately be timely filed, the motion to file a supplemental memorandum is also **GRANTED**.

IT IS SO ORDERED.

                                  s/ **James D. Todd**
                                  JAMES D. TODD
                                  UNITED STATES DISTRICT JUDGE